IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WILLIAM ISAAC HARRIS                                                                                          PLAINTIFF
#170094

v.                                      CASE NO. 4:23-CV-809-JM

PRUETT, Officer/Sheriff,
Faulkner County Sheriff Department, *et al*.                                                    DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 29th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE